1
2
3
4
5
6
7
8

9                          UNITED STATES DISTRICT COURT

10                          EASTERN DISTRICT OF CALIFORNIA

11

12   PETER BURCHETT,                          Case No. 1:19-cv-00055-EPG (PC)

13                  Plaintiff,                ORDER DENYING PLAINTIFF'S MOTION
                                              FOR EMERGENCY HEARING
14          v.
                                              (ECF NO. 33)
15   JANE DOE, et al.,

16                  Defendants.

17

18

19          Peter Burchett ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in

20   this civil rights action filed pursuant to 42 U.S.C. § 1983.

21          On March 28, 2019, Plaintiff filed what appears to be a motion for an emergency hearing

22   on his motion for a temporary restraining order and preliminary injunction.  (ECF No. 33).

23          Plaintiff's motion will be denied.  Under the local rules of the Eastern District of

24   California, "[a]ll motions, except motions to dismiss for lack of prosecution, filed in actions

25   wherein one party is incarcerated and proceeding in propria persona, shall be submitted upon the

26   record without oral argument unless otherwise ordered by the Court."  Local Rule 230(l).  As the

27   Court sees no reason to have oral arguments on this motion, the Court will not order oral

28   arguments at this time.  The Court will rule on the pending motions in this case in due course.

Based on the foregoing, IT IS ORDERED that Plaintiff's motion for an emergency hearing is DENIED.

IT IS SO ORDERED.

Dated:   __**April 2, 2019**__                    ___/s/_ _Ervin P. Grosz_____
                                                   UNITED STATES MAGISTRATE JUDGE