UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER BURCHETT,<br><br>          Plaintiff,<br><br>v.<br><br>JANE DOE, et al.,<br><br>          Defendants. | Case No. 1:19-cv-00055-LJO-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION AND FOR A DISTRICT COURT INVESTIGATOR<br><br>(ECF NO. 39) |

Peter Burchett ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On March 28, 2019, Plaintiff filed what appeared to be a motion for an emergency hearing on his motion for a temporary restraining order and preliminary injunction. (ECF No. 33). On April 2, 2019, the Court denied Plaintiff's motion. (ECF No. 35). On April 12, 2019, Plaintiff filed a motion for reconsideration of the Court's order. (ECF No. 39). Plaintiff also seeks a United States District Court investigator. (Id. at 3).

Federal Rule of Civil Procedure 60(b) governs grounds for relief from an order:

> On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons: (1) mistake, inadvertence, surprise, or excusable

> neglect; (2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b); (3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party; (4) the judgment is void; (5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or (6) any other reason that justifies relief.

Fed. R. Civ. P. 60(b).

As to Rule 60(b)(6), Plaintiff "must demonstrate both injury and circumstances beyond his control that prevented him from proceeding with the action in a proper fashion." Harvest v. Castro, 531 F.3d 737, 749 (9th Cir. 2008) (internal quotations marks and citation omitted). Additionally, Rule 60(b)(6) "is to be used sparingly as an equitable remedy to prevent manifest injustice and is to be utilized only where extraordinary circumstances prevented a party from taking timely action to prevent or correct an erroneous judgment." (Id.) (internal quotations marks and citation omitted).

Plaintiff's motion will be denied. Plaintiff has failed to set forth facts or law that shows that he meets any of the above-mentioned reasons for granting relief from the order. Moreover, there is no need for a hearing on Plaintiff's motion for a preliminary injunction because the Court has now issued findings and recommendations on the motion (ECF No. 38).

As to Plaintiff's request for a United States District Court investigator, it will also be denied. The District Court does not provide investigators for civil cases and there is no entitlement to an investigator.

Accordingly, IT IS ORDERED that Plaintiff's motion for reconsideration and for a District Court investigator (ECF No. 39) is DENIED.

IT IS SO ORDERED.

Dated: **April 15, 2019**　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE