# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER BURCHETT,<br><br>    Plaintiff,<br><br>v.<br><br>JANE DOE, et al.,<br><br>    Defendants. | Case No. 1:19-cv-00055-LJO-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF. NOS. 29, 30, 34, & 38) |

Peter Burchett ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 21, 2019, Plaintiff filed a motion for leave to amend the first amended complaint, and a motion for injunctive relief. (ECF Nos. 29 & 30). On March 28, 2019, Plaintiff filed a supplement to his motion for injunctive relief. (ECF No. 34).

On April 11, 2019, Magistrate Judge Erica P. Grosjean entered findings and recommendations, recommending that both Plaintiff's motion for leave to amend and his motion for injunctive relief be denied. (ECF No. 38).

Plaintiff was provided an opportunity to file objections to the findings and recommendations. On April 22, 2019, Plaintiff filed his objections. (ECF No. 41).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

1

As to Plaintiff's request for a subpoena, it will be denied. Discovery has not yet been opened, and Plaintiff has failed to show that there is a need for early discovery in this case.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by the magistrate judge on April 11, 2019, are ADOPTED in full;
2. Plaintiff's motion for leave to amend is DENIED; and
3. Plaintiff's motion for injunctive relief is DENIED.

IT IS SO ORDERED.

Dated:  **April 25, 2019**                    /s/ Lawrence J. O'Neill
                                                                        UNITED STATES CHIEF DISTRICT JUDGE