UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER BURCHETT, <br><br> Plaintiff, <br><br> v. <br><br> JANE DOE, et al., <br><br> Defendants. | Case No. 1:19-cv-00055-LJO-EPG (PC) <br><br> ORDER RE: PLAINTIFF'S LETTER <br><br> (ECF NO. 50) |

Peter Burchett ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On October 21, 2019, Plaintiff filed a letter addressed to the Clerk of Court. (ECF No. 50). The Court has reviewed Plaintiff's letter, but it is unclear what, if any, relief Plaintiff is seeking.

Plaintiff alleges that he is "cut offs" from "legal accesses whatsoever" because he is not being given adequate "phonic" privilege. (Id. at 1). It is not clear what Plaintiff is referring to. It appears Plaintiff is complaining about a lack of phone privileges, but it is not clear how a lack of phone privileges is interfering with Plaintiff's access to the Court in this case. Plaintiff does not have an attorney representing him in this case, and there have been no telephonic conferences

1

with the Court.  Thus, even if Plaintiff is not getting adequate telephone privileges, that appears to have no bearing on this case.  Therefore, to the extent Plaintiff is asking the Court to order his institution of confinement to grant him additional telephone privileges, that request is DENIED.

Plaintiff also appears to refer to the Court's screening order, but the Court cannot understand what Plaintiff is attempting to say.  Plaintiff writes "I disallow to connensingly [sic] prosent [sic] furtherence [sic] needs for closer compliant [sic] detailed factual allegations and sense this woold supersedes the 1:19-cv-00055-LJO-EPG-PC original.  I strongly stand.  Asking the Court recommendations in the form and interest of justice!" (ECF No. 50, pgs. 1-2).  It appears that Plaintiff may be stating that he wants to stand on his complaint subject to this Court issuing findings and recommendations to the district judge consistent with the screening order, but it is not clear.  Accordingly, if Plaintiff was attempting to respond to the Court's screening order, Plaintiff should file another response within thirty days of the date of service of this order, clarifying what he was attempting to say in this filing.

IT IS SO ORDERED.

Dated: **October 28, 2019**   /s/ _Erica P. Grosjean_
UNITED STATES MAGISTRATE JUDGE