UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER BURCHETT,<br><br>    Plaintiff,<br><br>    v.<br><br>JANE DOE, et al.,<br><br>    Defendants. | Case No. 1:19-cv-00055-LJO-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF NOS. 16 & 53) |

Peter Burchett ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 15, 2019, Magistrate Judge Erica P. Grosjean entered findings and recommendations, recommending that "[t]his case proceed on Plaintiff's excessive force claims against the eight Doe Defendants that allegedly attacked him on January 31, 2018, and defendant Ramirez," and that "[a]ll other claims and defendants be dismissed." (ECF No. 53, p. 7).

Plaintiff was provided an opportunity to file objections to the findings and recommendations. Plaintiff filed his objections on December 20, 2019. (ECF No. 55).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper

///

///

analysis.[1]

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by the magistrate judge on November 15, 2019, are ADOPTED in full;
2. This case proceed on Plaintiff's excessive force claims against the eight Doe Defendants that allegedly attacked him on January 31, 2018, and defendant Ramirez;
3. All other claims and defendants are DISMISSED; and
4. This case is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **January 4, 2020**        **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE

---

[1] In his objections, Plaintiff describes an incident that occurred several months after the incident alleged in the complaint, in what appears to be an attempt to add additional claims in this case. Plaintiff may not add claims in this manner. If Plaintiff wants to bring claims based on the incident that allegedly occurred on June 10, 2018, Plaintiff should either file a separate action or file a motion for leave to amend the complaint in this action.