UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER BURCHETT,<br><br>        Plaintiff,<br><br>    v.<br><br>JANE DOE, et al.,<br><br>        Defendants. | Case No. 1:19-cv-00055-NONE-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUESTS FOR SANCTIONS, DISCOVERY, AND DEFAULT JUDGMENT<br><br>(ECF NOS. 67, 68, & 69) |

Peter Burchett ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Plaintiff recently made three filings. (ECF Nos. 67, 68, & 69). Plaintiff's filings are difficult to understand. Plaintiff appears to request that Defendants and/or the California Department of Corrections and Rehabilitation be sanctioned because they destroyed evidence and are preventing Plaintiff from providing photographs (and other documents) to the Court. However, Plaintiff then filed what appears to be some of the photographs that he complains were destroyed, along with some of the documents he was allegedly unable to submit. Accordingly, Plaintiff's request for sanctions is DENIED. The Court notes that once discovery is opened and Plaintiff is allowed to make discovery requests, if documents are not provided because they were

1

destroyed, Plaintiff may renew his request for sanctions.

Plaintiff also appears to request discovery. However, the Court has not yet opened discovery. While the Court authorized service of the complaint and one defendant has agreed to waive service, no defendant has appeared. Thus, discovery will be opened at a later date. The Court notes that Plaintiff does not need to submit evidence to the Court at this time.

Finally, Plaintiff appears to request a default judgment. However, the Doe Defendants have not been served, and defendant Ramirez has not yet defaulted. Defendant Ramirez only recently agreed to waive service of process, and has thirty days from February 11, 2020, to file his waiver of service of process. (ECF Nos. 58 & 64). Accordingly, Plaintiff's request for default judgment is DENIED.

IT IS SO ORDERED.

Dated: **February 27, 2020**             /s/ Erin P. Gross
                                         UNITED STATES MAGISTRATE JUDGE