1

2

3

4

5

6

7

8

9                          UNITED STATES DISTRICT COURT

10                        EASTERN DISTRICT OF CALIFORNIA

11

12    PETER BURCHETT,                          Case No. 1:19-cv-00055-NONE-EPG (PC)

13                    Plaintiff,               ORDER RE: PLAINTIFF'S NOTICE
                                               REGARDING EARLY SETTLEMENT
14            v.                               CONFERENCE

15    JANE DOE, et al.,                        (ECF NO. 73)

16                    Defendants.

17

18

19         Peter Burchett ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in

20    this civil rights action filed pursuant to 42 U.S.C. § 1983.

21         On April 8, 2020, Plaintiff filed a notice regarding early settlement conference.  (ECF No.

22    73).  In the notice, Plaintiff asks for an update regarding whether the early settlement conference

23    will occur.  Plaintiff also asks for the settlement conference be continued, and to have the

24    undersigned conduct the settlement conference.

25         Plaintiff filed his notice prior to Defendant Ramirez's deadline to opt-out of the settlement

26    conference.  Defendant Ramirez recently requested an extension of that deadline (ECF No. 74),

27    and now has until June 12, 2020, to either contact the Alternative Dispute Resolution coordinator

28    to schedule a settlement conference or to file a notice opting out of the settlement conference

                                                    1

1   (ECF No. 75).

2          As no settlement conference has been set, Plaintiff's request to continue the settlement

3   conference is DENIED.

4          As to Plaintiff's request to have the undersigned conduct the settlement conference, it is

5   also DENIED.  Pursuant to this Court's procedures, the undersigned will not be the Magistrate

6   Judge overseeing the settlement conference.  (ECF No. 72, p. 2 n.3).  If both parties want the

7   undersigned to conduct a settlement conference in this case, they may file a joint request to have

8   the undersigned conduct the conference.

9

10  IT IS SO ORDERED.

11      Dated:   **April 15, 2020**                    /s/ _Erica P. Grosjean_

12                                              UNITED STATES MAGISTRATE JUDGE