UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PETER BURCHETT,

Plaintiff,

v.

JANE DOE, et al.,

Defendants.

Case No. 1:19-cv-00055-NONE-EPG (PC)

ORDER RE: PLAINTIFF'S JUNE 18, 2020 FILING

(ECF NO. 83)

Peter Burchett ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On June 18, 2020, Plaintiff filed a "Request U.S. E.D. Ct act. Communications Breach By Respondents. I'ev [sic] presented adequate material relavents [sic], DKTS, Cognitive Case. Demand Punitive Damages Claim Time Sentence Stopage [sic] Suspension Grounds." (ECF No. 83).

It is difficult to determine what relief Plaintiff is seeking in this filing. To the extent Plaintiff is asking the Court to contact the press and the media, Plaintiff's request will be denied because the Court does not contact the press or the media on behalf of parties.

To the extent Plaintiff's filing relates to his motion for default judgment and his

opposition to defendant's motion for extension of time, the Court recently ruled on Plaintiff's motion (ECF No. 80), although Plaintiff may not have received the Court's order prior to making his June 18, 2020 filing.

To the extent that Plaintiff is asking the Court to order defense counsel to alert his client of Plaintiff's settlement demands, the Court notes that California Rule of Professional Conduct 1.4.1(a)(2) requires a lawyer to inform his client about "all amounts, terms, and conditions of any written[] offer of settlement made to the client in [civil] matters." The comment to Rule 1.4.1 notes that "An oral offer of settlement made to the client in a civil matter must also be communicated if it is a 'significant development' under rule 1.4." As defense counsel already has an obligation to inform his client about written settlement offers, it does not appear that court involvement is warranted at this time.

Based on the foregoing, IT IS HEREBY ORDERED that all requests in Plaintiff's June 18 2020 filing (ECF No. 83) are DENIED.

IT IS SO ORDERED.

Dated: **June 19, 2020**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE