UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER BURCHETT,<br><br>             Plaintiff,<br><br>      v.<br><br>JANE DOE, et al.,<br><br>             Defendants. | Case No. 1:19-cv-00055-NONE-EPG (PC)<br><br>ORDER RE: PLAINTIFF'S NOTICE OF DEFENDANT'S FAILURE TO RESPOND BY NORMAL FEDERAL RULES OF CIVIL PROCEDURE AND WARNING PLAINTIFF THAT HE MAY BE SUBJECT TO SANCTIONS OR AN AWARD OF COSTS IF HE CONTINUES TO MAKE FILINGS THAT ARE UNWARRANTED, UNREASONABLE, AND NOT SUBSTANTIALLY JUSTIFIED<br><br>(ECF NO. 91) |

Peter Burchett ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On July 27, 2020, Plaintiff filed a notice containing "proof" that Defendant failed to respond according to the Federal Rules of Civil Procedure. (ECF No. 91). Plaintiff appears to allege that Defendant did not properly respond to his discovery requests. Plaintiff seeks "court action" and judgment against Defendant(s).

In his filing, Plaintiff refers to his filings at ECF Nos. 67-69 to show that Defendant did not properly respond to his discovery requests. However, as the Court informed Plaintiff when

ruling on these filings, "the Court has not yet opened discovery." (ECF No. 70, p. 2). Thus, Defendant had no obligation to respond to Plaintiff's discovery requests. Therefore, Plaintiff's request for discovery sanctions will be denied.

Plaintiff has already made numerous filings in this case that are unwarranted, unreasonable, and not substantially justified. Plaintiff is warned that if he continues to make such filings, he may be subject to sanctions or an award of costs. See, e.g., Fed. R. Civ. P. 11(c), 16(f), 26(g), & 37.

Accordingly, based on the foregoing, IT IS ORDERED that Plaintiff's request for discovery sanctions is DENIED.

IT IS SO ORDERED.

Dated:   **July 28, 2020**                     /s/ Erica P. Grosjean
                                                UNITED STATES MAGISTRATE JUDGE

2