UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER BURCHETT,<br><br>                          Plaintiff,<br><br>   v.<br><br>JANE DOE, et al.,<br><br>                         Defendants. | Case No. 1:19-cv-00055-NONE-EPG (PC)<br><br>ORDER RE: PLAINTIFF'S RESPONSE TO DEFENDANT'S ANSWER<br><br>(ECF No. 93) |

Peter Burchett ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On August 3, 2020, Plaintiff filed a response to Defendant Ramirez's answer. (ECF No. 93). As a response to an answer is not permitted, the Court will not address Plaintiff's response or any requests therein.

IT IS SO ORDERED.

Dated:   **August 5, 2020**            /s/ Erica P. Grosjean
                                                     UNITED STATES MAGISTRATE JUDGE