UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER BURCHETT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JANE DOE, et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-00055-NONE-EPG (PC)<br><br>ORDER FOLLOWING INITIAL SCHEDULING CONFERENCE |

　　　　Peter Burchett ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.  On October 26, 2020, the Court held an Initial Scheduling Conference ("Conference").  Plaintiff telephonically appeared on his own behalf.  Counsel Alan Romero telephonically appeared on behalf of defendant Ramirez ("Defendant").

　　　　During the Conference, and with the benefit of the scheduling conference statement provided by Defendant, the Court and the parties discussed relevant documents in this case and their possible locations.

　　　　For the reasons stated on the record at the Conference, IT IS ORDERED that:

　　　　1. Plaintiff has thirty days from the date of service of this order to serve Defendant's counsel with his initial disclosures.  As discussed in the Court's

1

prior order (ECF No. 87), Plaintiff shall provide Defendant with "[t]he name and, if known, the address and telephone number of each individual likely to have discoverable information−along with the subjects of that information−that [Plaintiff] may use to support [his] claims or defenses, unless the use would be solely for impeachment." (Id. at 3).  Plaintiff shall also provide Defendant with a "copy−or a description by category and location−of all documents, electronically stored information, and tangible things that [Plaintiff] has in [his] possession, custody, or control and may use to support [his] claims or defenses, unless the use would be solely for impeachment." (Id.)

2. Plaintiff has sixty days from the date of service of this order to file a motion to substitute named defendants in place of the Doe Defendants who allegedly attacked him on January 31, 2018.[1]  The Doe Defendants may be dismissed if Plaintiff fails to file a motion to substitute by this deadline.

3. Plaintiff's request to view the video of his interview is GRANTED.  Defense counsel shall coordinate with Plaintiff's institution of confinement to ensure that Plaintiff is provided with an opportunity to view the video.

IT IS SO ORDERED.

Dated:   **October 27, 2020**         /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE

---

[1] On the record at the Conference, defense counsel indicated that the names might be listed on Exhibit T of Defendant's initial disclosures, which is a Crime/Incident Report.