UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER BURCHETT,<br><br>            Plaintiff,<br><br>     v.<br><br>JANE DOE, et al.,<br><br>            Defendants. | No. 1:19-cv-00055-NONE-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 104, 105) |

Peter Burchett ("plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 12, 2020, plaintiff filed what appears to be, at least in part, a request for injunctive relief. (Doc. No. 104.) On December 3, 2020, the assigned magistrate judge issued findings and recommendations, recommending "that Plaintiff's motion for injunctive relief be DENIED," reasoning, among other things, that "[p]laintiff is seeking injunctive relief based on a claim not pled in the complaint," (Doc. No. 105 at 56.)

Plaintiff was provided an opportunity to file objections to the findings and recommendations. The deadline to file objections has passed and plaintiff has not filed objections or otherwise responded to the findings and recommendations.

/////

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the magistrate judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on December 3, 2020, (Doc. No. 105), are adopted in full; and
2. Plaintiff's motion for injunctive relief, (Doc. No. 104), is denied.

IT IS SO ORDERED.

Dated:   **January 11, 2021**

_____
UNITED STATES DISTRICT JUDGE