UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER BURCHETT,<br><br>           Plaintiff,<br><br>      v.<br><br>JANE DOE, et al.,<br><br>           Defendants. | Case No. 1:19-cv-00055-NONE-EPG (PC)<br><br>ORDER VACATING DISCOVERY AND STATUS CONFERENCE |

On October 27, 2020, the Court set a telephonic discovery and status conference. (ECF No. 102). The conference is currently set for May 3, 2021, at 3:00 p.m. (Id.).

In light of the coronavirus (COVID-19) outbreak and the evolving coronavirus protocols, the telephonic discovery and status conference is VACATED. This order does not alter the deadline to file motions to compel, which is April 5, 2021. Responses to motions to compel are due within twenty-one days after the motion is filed.[1]

IT IS SO ORDERED.

   Dated:   **February 16, 2021**                    /s/ Erica P. Grosjean
                                                     UNITED STATES MAGISTRATE JUDGE

---

[1] If after reviewing a motion to compel the Court determines that a hearing would be beneficial, the Court will set a hearing on the motion.